ACCEPTED
03-14-00200-CR
3864618
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/22/2015 2:43:03 PM
JEFFREY D. KYLE
CLERK

# TROY C. HURLEY

## Attorney at Law

**P.O. Box 767**
**312 East Central Avenue**
**Belton, Texas 76513**
**(254) 939-9341   FAX (254) 939-2870**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

1/22/2015 2:43:03 PM

JEFFREY D. KYLE
Clerk

January 22, 2015

MR. JEFFREY D. KYLE, CLERK
Court of Appeals
Third Supreme Judicial District
P.O. Box 12547-Capitol Station
Austin, Texas 78711

RE: KENNETH EMMANUEL DARDEN, Jr. V. THE STATE OF TEXAS
      Cause No. 03-14-00200-CR
      (Trial Court No. 69,823 in the 264th District Court of Bell County, Texas)

Dear Mr. Kyle:

      This is to inform the Court of Appeals that I, as court-appointed attorney on appeal, have complied with Rule 48.4 of the Texas Rules of Appellate Procedure by sending a copy of the Courts Opinion in the above referenced case.  This was done within five (5) days after the opinion was rendered.

      Enclosed please find a copy of the return receipt on this date.  Please cause this letter and copy to be filed in this matter.

      .

                                          Sincerely,


                                          /s/  Troy C. Hurley
                                          TROY C. HURLEY
                                          Attorney at Law
                                          SBA No. 10312000

TH/ht
Encls.

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____ ☑ Agent ☐ Addressee

B. Received by ( *Printed Name*) MEISTER, MCCLAIN   C. Date of Delivery 1/16/15

1. Article Addressed to:

Kenneth Emmanuel Darden, Jr.
TDCJ # 01918 450
Bartlett State Jail
1018 Arnold Drive
Bartlett, Texas 76511

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail  ☐ Express Mail
   ☐ Registered  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)  ☐ Yes

2. Article Number
   (*Transfer from service label*)   7012 3050 0000 1268 6254

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

BARTLETT TX 76511

| | | |
|---|---|---|
| Postage | $ | $1.19 | 0513 |
| Certified Fee | $3.30 | 07 |
| Return Receipt Fee (Endorsement Required) | $2.70 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ | $7.19 | 01/14/2015 |

Sent To Kenneth E. Darden, Jr.
Street, Apt. No.; or PO Box No. 1018 Arnold Drive
City, State, ZIP+4 Bartlett, Tx. 76511

PS Form 3800, August 2006   See Reverse for Instructions

7012 3050 0000 1268 6254